# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

———————————

**No. ACM 25028**

———————————

**UNITED STATES**
*Appellee*

**v.**

**Walter D. MOORE**
Senior Airman (E-4), U.S. Air Force, *Appellant*

———————————

Appeal from the United States Air Force Trial Judiciary[*]

Decided 8 December 2025

———————————

*Military Judge*: Lance R. Smith.

*Sentence*: Sentence adjudged 29 October 2024 by SpCM convened at Spangdahlem Air Base, Germany. Sentence entered by the military judge on 16 December 2024: confinement for 75 days, forfeiture of $750.00 pay per month for 2 months, reduction to E-2, and a reprimand.

*For Appellant*: Captain Joyclin N. Webster, USAF; Dwight H. Sullivan, Esquire.

*For Appellee*: Major Vanessa Bairos, USAF; Major Kate E. Lee, USAF.

Before DOUGLAS, MASON, and KUBLER, *Appellate Military Judges*.

———————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 30.4**

———————————

———————————

[*] Appellant appeals his conviction under Article 66(b)(1)(A), Uniform Code of Military Justice (UCMJ), 10 U.S.C. § 866(b)(1)(A) (*Manual for Courts-Martial, United States* (2024 ed.)).

PER CURIAM:

The findings as entered are correct in law, and the sentence as entered is correct in law and fact. No error materially prejudicial to the substantial rights of Appellant occurred. Articles 59(a) and 66(d), Uniform Code of Military Justice (UCMJ), 10 U.S.C. §§ 859(a), 866(d) (*Manual for Courts-Martial, United States* (2024 ed.)). Accordingly, the findings and sentence are **AFFIRMED**.

FOR THE COURT

CAROL K. JOYCE
Clerk of the Court